UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:15-CV-662-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT JUDGMENT |
| v. | ) | |
| | ) | |
| TRAVIS MAURICE COX, | ) | |
| | ) | |
| Defendant. | ) | |

By consent of the parties, it is ORDERED that Plaintiff have and recover from the Defendant the principal sum of $330,000.00 with interest in the amount of $385.00, through February 10, 2015, plus interest thereon at the annual rate of .12%, up through the date of entry of this judgment and all future costs. This order shall bear interest after entry at the rate, under law, of __0.62__ % per annum.

This the 26 day of May, 2016.

_____
JAMES C. FOX
Senior U.S. District Judge

CONSENTED TO:

Dated May 18, 2016      By: _Kimberly A. Moore_

KIMBERLY A. MOORE
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC  27601-1462
Telephone:       919-856-4530
N.C. State Bar No.   21477

I hereby acknowledge that I have received a copy of the
Complaint, that I accept service of the Complaint and that I
consent to entry of this Consent Order based on the contents of
said Complaint.

Dated: May 18 2016

_Travis Cox_

TRAVIS MAURICE COX, Defendant